# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD S. HALLEY, et al., | Case No. 2:17-cv-00507-APG-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| WILLIAM ACOR, et al., | |
| Defendants. | |

Presently before the court is the parties' failure to comply with the court's order (Mins. of Proceedings (ECF No. 51)) dated April 30, 2018. Plaintiffs notified the court of defendant Vision Airline, Inc.'s pending bankruptcy (ECF No. 49). The court held a telephonic status conference on April 30, 2018 and ordered the parties to file a joint status report by July 30, 2018. (Mins. of Proceedings (ECF No. 51).) To date, the parties have not submitted a joint status report. The parties must submit a joint status report by September 4, 2018.

IT IS SO ORDERED.

DATED: August 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE