# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD S. HALLEY and FLAGSHIP AIRLINES, INC., | Case No.: 2:17-cv-00507-APG-CWH |
| Plaintiffs | **Order for Status Report** |
| v. | |
| WILLIAM ACOR, et al., | |
| Defendants | |

IT IS ORDERED that the parties shall file a joint status report within 30 days after the FOIA request is answered or by November 1, 2019, whichever is earlier.

DATED this 8th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE