UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD S. HALLEY and FLAGSHIP AIRLINES, INC., <br><br> Plaintiffs <br><br> v. <br><br> WILLIAM ACOR, et al., <br><br> Defendants | Case No.: 2:17-cv-00507-APG-CWH <br><br> **Order for Status Report** |

In light of the parties' status report (ECF No. 69),

IT IS ORDERED that the parties shall file a joint status report by March 16, 2020.

DATED this 4th day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE