# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD S. HALLEY and FLAGSHIP AIRLINES, INC., <br><br> Plaintiffs <br><br> v. <br><br> WILLIAM ACOR, et al., <br><br> Defendants | Case No.: 2:17-cv-00507-APG-CWH <br><br> **Order for Stipulation of Dismissal or Status Report** |

Although the parties recently stipulated to dismiss the plaintiffs' claims against the defendants, the parties have not addressed the defendants' counterclaims, so those claims remain pending.

I THEREFORE ORDER that the parties shall file either a stipulation of dismissal for the counterclaims or a joint status report by August 28, 2020. Failure to respond by that date will result in dismissal of the counterclaims without further notice.

DATED this 18th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE