John P. Aldrich
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
7866 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 853-5490
(702) 227-1975
jaldrich@johnaldrichlawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD S. HALLEY, individually; and FLAGSHIP EXPRESS AIRLINES, Inc., an Illinois Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM ACOR, individually; RBY, INC.; a Nevada corporation; VISION AIRLINES, INC.; a Nevada corporation; and VISION AVIATION HOLDINGS, INC., a Nevada Corporation,<br><br>Defendants. | Case No.: 2:17-CV-00507<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs EDWARD S. HALLEY and FLAGSHIP EXPRESS AIRLINES, INC. ("Plaintiffs"), through their attorney of record, John P. Aldrich, Esq., of the Aldrich Law Firm, Ltd., and Defendants WILLIAM ACOR, RBY, INC., VISION AIRLINES, INC., and VISION AVIATION HOLDINGS, INC. ("Defendants"), through their attorneys Timothy Elson, Esq., that all claims and causes of action alleged in the Complaint

/ / /

/ / /

/ / /

/ / /

against all Defendants, as well as all counterclaims alleged in the Counterclaim against all Counterdefendants, be dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: August 19, 2020.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 853-5490
(702) 227-1975  Fax
jaldrich@johnaldrichlawfirm.com

*Attorneys for Plaintiffs*

DATED: August 19, 2020.

**THE LAW OFFICES OF TIMOTHY ELSON**

/s/ Timothy P. Elson
Timothy P. Elson, Esq.
Nevada Bar No. 11559
8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada 89123
(702) 874-8600
Timothy.elson@gmail.com

*Attorneys for Defendants*

## ORDER

The above Amended Stipulation to Dismiss with Prejudice is hereby GRANTED.

**IT IS SO ORDERED** this 20th  day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

2